# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE H. KNOX III, | CASE NO. 1:07-cv-00144-AWI DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING |
| v. | SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN |
| JEANNE WOODFORD, et al., | THIRTY DAYS |
| Defendants. | (Doc. 10) |

Plaintiff Willie H. Knox III ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. Plaintiff filed this action on January 26, 2007. The Court has screened Plaintiff's d complaint pursuant to 28 U.S.C. § 1915A and finds that service is appropriate.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    Soto

    Reynoso

    Popper

    Galaza

    Pear

    Morales

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended dismissal of defendants Woodford, Garza, Alvarez, Parks, Fhemas, Sweeny and Gricewich from this action.

1

|   |   |   |
|---|---|---|
| 1 |  | Reese |
| 2 |  | Navarro |
| 3 |  | Crisanto |
| 4 |  | Reynaga |
| 5 |  | Wanagitis |
| 6 |  | Pelayo |
| 7 |  | Negrete |
| 8 |  | Hernandez |

2. The Clerk of the Court shall send Plaintiff fourteen (14) USM-285 forms, fourteen (14) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 26, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Fifteen (15) copies of the endorsed complaint filed January 26, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 19, 2008**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2