# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE H. KNOX, III, | CASE NO. 1:07-CV-00144-AWI-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS |
| v. | |
| JEANNE S. WOODFORD, et al., | (DOCS. 59, 63) |
| Defendants. | OPPOSITION DUE WITHIN 30 DAYS |

Plaintiff Willie H. Knox, III ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 29, 2010, Defendants F. Lemos and K. Sweeny filed a motion to dismiss Plaintiff's action for his failure to exhaust administrative remedies. (Doc. 59.) On April 8, 2010, Defendant Popper also filed a motion to dismiss Plaintiff's action for his failure to exhaust administrative remedies. (Doc. 63.) On June 29, 2010, Defendants C. Navarez and F. Reynoso filed a joinder to Defendants' motions to dismiss. (Doc. 70.)

As of the date of this order, Plaintiff has not filed an opposition to any of Defendants' motions. Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendants' motions to dismiss within thirty (30) days from the date of service of this order. Failure to file an opposition within thirty days will be construed as a waiver of opposition and

1

1  may result in dismissal of this action for failure to obey a court order.

2      IT IS SO ORDERED.

3      **Dated:**   **November 22, 2010**            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE